IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00110-ZLW-PAC

JULIANNE M. DANA, an Individual,

    Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC., a Colorado corporation, and
KARL LeMASTERS, an Individual,

    Defendants.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated:  June   29  , 2005

    It is ORDERED that Plaintiff's Motion To Amend Complaint, which is unopposed, is granted, and the Second Amended Complaint is accepted for filing as of the date of this Minute Order.  It is

    FURTHER ORDERED that, in the future, counsel shall read and comply with D.C.COLO.LCivR 10.1I. (new format for case numbers).