IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00110-ZLW-PAC

JULIANNE M. DANA, an Individual,

     Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC., a Colorado corporation, and
KARL LEMASTERS, an Individual,

     Defendants.

---

ORDER

---

     The matter before the Court is Defendant Karl Lemasters' Motion To Dismiss. On June 29, 2005, after the Motion To Dismiss was filed, Plaintiff filed her Second Amended Complaint, specifying which claims are brought against which Defendant, and adding two new supplemental state claims.  The Second Amended Complaint supersedes the Amended Complaint.[1]  Therefore, it is

     ORDERED that Defendant Karl Lemasters' Motion To Dismiss is denied without prejudice as moot.  It is

     FURTHER ORDERED that the hearing previously set for September 15, 2005, is vacated.

     DATED at Denver, Colorado, this   12   day of July, 2005.

                        BY THE COURT:

                        S/ Zita L. Weinshienk
                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court

---

[1] See Miller v. Glanz, 948 F.2d 1562, 1565 (10th Cir. 1991).