IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00110-ZLW-PAC

JULIANNE M. DANA, an Individual,

    Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC., a Colorado corporation, and
KARL LEMASTERS, an Individual,

    Defendants.

---

## ORDER

---

    Magistrate Judge Patricia A. Coan has advised that this case has settled and dismissal papers are due by January 20, 2006.  Therefore, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before January 20, 2006.  If by that date settlement papers have not been received by the Court, on January 27, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this __9__ day of January, 2006.

                                BY THE COURT:

                                _____

                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court