IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00110-ZLW-PAC

JULIANNE M. DANA, an Individual,

      Plaintiff,

v.

GEBHARDT AUTOMOTIVE, INC., a Colorado corporation, and
KARL LEMASTERS, an Individual,

      Defendants.

_____

## ORDER OF DISMISSAL

_____

      Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice,

signed by the attorneys for the parties hereto, it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice,

the parties to pay their own costs, attorney fees, and expenses.

      DATED at Denver, Colorado, this __24__ day of February, 2006.

      BY THE COURT:

      *Zita L. Weinshienk*

      _____
      ZITA L. WEINSHIENK, Senior Judge
      United States District Court